FILED

**PRICE LAW GROUP, APC**
G. Thomas Martin, III (SBN 218456)
15760 Ventura Boulevard, Suite 1100
Encino, California 91436
Telephone: 818.907.2030
Facsimile: 818.205.3730
tom@plglawfirm.com

2013 JUL 18  PM 2: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

Attorney for Plaintiffs
LOUIS A. WERBE AND
EVE P. WERBE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LOUIS A. WERBE and
EVE P. WERBE; individuals,

Plaintiffs,

vs.

ADLER WALLACH &
ASSOCIATES, INC., a corporation,
b/d/a AWA COLLECTIONS; and
DOES 1 to 10, inclusive,

Defendant(s).

Case No.: SACV13-1078-JST (ANx)

**COMPLAINT AND DEMAND FOR JURY TRIAL FOR:**

1. **VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT [15 U.S.C. § 1692]**

2. **VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT [47 U.S.C. § 227]**

## COMPLAINT FOR DAMAGES

## INTRODUCTION

1.      Louis A. Werbe and Eve P. Werbe ("Plaintiffs") bring this action against Adler Wallach & Associates, Inc. d/b/a AWA Collections ("Defendant") for violations of the Fair Debt Collection Practices Act ("FDCPA") , 15 U.S.C. §

COMPLAINT

- 1 -

1692, and the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. The FDCPA prohibits false or deceptive practices in connection with the collection of debts. The TCPA is a federal statute that broadly regulates the use of automated telephone equipment. Among other things, the TCPA prohibits certain unsolicited marketing calls, restricts the use of automatic dialers or prerecorded messages, and delegates rulemaking authority to the Federal Communications Commission ("FCC").

## JURISDICTION AND VENUE

2.      Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) which states that any action to enforce liability created by the FDCPA may be brought in any appropriate United States district court. Jurisdiction of this court also arises under 28 U.S.C. §§ 1331, 1337 and 1367.

3.      Pursuant to 28 U.S.C. § 1391(b)(2), venue is proper in this district because Plaintiffs reside in this District, Defendant transacts business in this District and Defendant's collection communications were received by Plaintiff's in this District and thus, a substantial part of the events or omissions giving rise to this action occurred in this District.

## PARTIES

4.      Plaintiffs are individuals residing in West Hills, Los Angeles County, California 91307. Plaintiffs are natural persons obligated or allegedly obligated to pay any debt and, as such, Plaintiffs are "consumer[s]" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

5.      Defendant is a domestic corporation, registered under the laws of the State of California. Defendant's principle place of business is 1045 W. Katella Avenue, Suite 230, Orange, California 92867. Defendant's California entity number is C1730374. Defendant's Registered Agent for Service of Process in California is Scott M. Hall, 7028 East Roundup Way, Orange, California 92869.

6.      Defendant regularly does business as AWA Collections.

7.    Defendant's principal purpose is the collection of debts and Defendant regularly collects or attempts to collect the debts owed or due or asserted to be owed or due another.  Defendant regularly uses the telephone and the mail to engage in the business of collecting debt in several states including, California.  Thus, Defendant is a ''debt collector'' as defined by the FDCPA, 15 U.S.C. § 1692a(6).

8.    The true names and capacities, whether individual, corporate, or in any other form, of Defendants DOES 1 through 10, inclusive, and each of them, are unknown to Plaintiffs, who therefore sues them by such fictitious names. Plaintiffs will seek leave to amend this Complaint to show the true names and capacities of DOES 1 through 10 should they be discovered.

## FACTUAL ALLEGATIONS

9.    Within one year prior to the filing of this action, Defendant contacted Plaintiffs to collect a debt originally incurred with Assisted Reproductive Technologies ("alleged debt").  The allege debt was incurred prior to September 2, 2010.  Defendant indentifies the alleged debt by account number CM2113 and/or AWA Account Number 1227707.

10.    The alleged debt is an obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.  Thus, the alleged debt is a "debt" as defined by 15 U.S.C. § 1692a(5).

11.    On or about September 2, 2010, Plaintiffs filed Chapter 7 bankruptcy case number 1:10-bk-21069 in the United States Bankruptcy Court for the Central District of California.

12.    The alleged debt was included in Schedule F of Plaintiffs' bankruptcy petition as an unsecured, nonpriority claim.

COMPLAINT

13.     Defendant was included in Schedule F of Plaintiffs' bankruptcy petition as a creditor holding unsecured, nonpriority claim.

14.     Defendant received written notification that Plaintiffs filed the above-referenced bankruptcy.

15.     Defendant received written notification that Plaintiffs were represented by an attorney in regards to the alleged debt.

16.     On or about December 21, 2010, Plaintiffs received a discharge in their above-referenced bankruptcy.

17.     On or about December 21, 2010, Plaintiffs were discharged of their personal liability to pay the alleged debt.

18.     Defendant received written notification that Plaintiffs received a discharge in their above-referenced bankruptcy.

19.     On or about April 26, 2011, Defendant attempted to collect the alleged debt from Plaintiffs.  Attached hereto and referred to herein as "Exhibit A" is a true and correct copy of the collection letter Defendant sent to Plaintiffs dated April 26, 2011.

20.     On or about April 26, 2011, when Defendant attempted to collect the alleged debt from Plaintiffs, Defendant knew Plaintiffs filed bankruptcy and were not personally liable to pay the alleged debt.

21.     On or about April 23, 2012, Defendant attempted to collect the alleged debt from Plaintiffs.  Attached hereto and referred to herein as "Exhibit B" is a true and correct copy of the collection letter Defendant sent to Plaintiffs dated April 23, 2012.

22.     On or about April 23, 2012, when Defendant attempted to collect the alleged debt from Plaintiffs, Defendant knew Plaintiffs filed bankruptcy and were not personally liable to pay the alleged debt.

23.     On or about July 8, 2013, Defendant attempted to collect the alleged debt from Plaintiffs.  Attached hereto and referred to herein as "Exhibit C" is a

1    true and correct copy of the collection letter Defendant sent to Plaintiffs dated
2    July 8, 2013.

3         24.    On or about July 8, 2013, when Defendant attempted to collect the
4    alleged debt from Plaintiffs, Defendant knew Plaintiffs filed bankruptcy and were
5    not personally liable to pay the alleged debt.

6         25.    On or about, but not limited to, the following dates and at the
7    following times, Defendant called Plaintiffs' cellular telephone number (818)
8    929-4449 from Defendant's telephone number (714) 771-3690 for the purpose of
9    collecting the alleged debt:

10        (a)    June 17, 2013 at approximately 3:17 p.m.;

11        (b)    June 18, 2013 at approximately 8:08 a.m.;

12        (c)    June 19, 2013 at approximately 8:23 a.m.;

13        (d)    June 25, 2013 at approximately 2:03 p.m.

14        26.    At all times relevant to this action, when Defendant called Plaintiffs
15   to collect the alleged debt, Defendant knew Plaintiffs filed bankruptcy and were
16   not personally liable to pay the alleged debt.

17        27.     Within one year prior to the filing of this action, Defendant willfully
18   contacted Plaintiffs to collect the allege debt after Defendant knew Plaintiffs were
19   represented by an attorney in regards to the allege debt.

20        28.    Defendant's conduct as described in detail above was done to
21   harass, oppress, or abuse Plaintiffs.

22        29.    Defendant's conduct as described in detail above amounted to a
23   false, deceptive or misleading representation or means in connection with the
24   collection of the alleged debt.

25        30.    Defendant's conduct as described in detail above amounted to a
26   false, deceptive or misleading representation as to the character, amount or legal
27   status of the alleged debt.

28

COMPLAINT

31.   Defendant's conduct as described in detail above amounted to a false representation or deceptive means to collect the alleged debt or to obtain information about Plaintiffs.

32.   Defendant's conduct as described in detail above amounted to an unfair or unconscionable means to collect or attempt to collect the alleged debt.

33.   Defendant's conduct as described in detail above amounted to an attempt to collect any amount not authorized by the agreement creating the debt or otherwise permitted by law.

34.   At all times relevant to this action, while conducting business in California, Defendant has been subject to, and required to abide by, the laws of the United States, which included the TCPA and its related regulations that are set forth at 47 C.F.R. § 64.1200 ("TCPA Regulations"), as well as the opinions, regulations and orders issued by the courts and the FCC implementing, interpreting and enforcing the TCPA and the TCPA regulations.

35.   At all times relevant to this action, Defendant owned, operated and/or controlled an "automatic telephone dialing system" as defined by TCPA 47 U.S.C. § 227(a)(1) that originated, routed and/or terminated telecommunications.

36.   Within four years prior to the filing of this action, Defendant called Plaintiffs at Plaintiffs' cellular telephone number (818) 929-4449 multiple times using an artificial prerecorded voice or using equipment which has the capacity to store or produce telephone numbers to be called, using random or sequential number generator and to dial such numbers, also known as an "automatic telephone dialing system" as defined by TCPA 47 U.S.C. § 227(a)(1)(A) and (B).

37.   Defendant never received Plaintiffs' consent to call Plaintiffs on Plaintiffs' cellular telephone using an "automatic telephone dialing system" or an "artificial or prerecorded voice" as defined in 47 U.S.C. § 227 (a)(1).

COMPLAINT

38.     Even assuming Defendant received Plaintiffs' consent to call Plaintiff on Plaintiffs' cellular telephone using an "automatic telephone dialing system" or an "artificial or prerecorded voice" as defined in 47 U.S.C. § 227 (a)(1), this consent was extinguished when Plaintiffs received a bankruptcy discharge on December 21, 2010.

39.     Upon information and belief, at no time have Plaintiffs and Defendant had an "established business relationship" as defined by 47 U.S.C. § 227(a)(2).

40.     Upon information and belief, Defendant is not a tax exempt nonprofit organization.

41.     Defendant called Plaintiffs at Plaintiffs' cellular telephone number (818) 929-4449 no less than four (4) times using an "automatic telephone dialing system" or an "artificial or prerecorded voice."

42.     Upon information and belief, within four years prior to the filing of this action, Defendant willfully and/or knowingly contacted Plaintiffs no less than four (4) times at Plaintiffs' cellular telephone using an "automatic telephone dialing system" or using an "artificial or prerecorded voice" in violation of the TCPA.

## FIRST CAUSE OF ACTION

**(Violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692)**

43.     Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

44.     Defendant violated the FDCPA.  Defendant's violations include, but are not limited to, the following:

(a)     Defendant violated 15 U.S.C. § 1692c(a)(2) by communicating with a consumer in connection with the collection of any debt when the debt collector knows the consumer is represented by an attorney with respect to such debt; and

COMPLAINT

(b)     Defendant violated 15 U.S.C. § 1692d by engaging in conduct, the natural consequence of which is to harass, oppress or abuse any person in connection with the collection of the alleged debt; and

(c)     Defendant violated 15 U.S.C. § 1692e by using false, deceptive, or misleading representation or means in connection with the collection of any debt; and

(d)     Defendant violated 15 U.S.C. § 1692e(2) by making a false representation of the character, amount or legal status of any debt; and

(e) Defendant violated 15 U.S.C. § 1692e(10) by using any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer; and

(f)     Defendant violated 15 U.S.C. § 1692f by using unfair or unconscionable means in connection with the collection of an alleged debt; and

(g)     Defendant 15 U.S.C. § 1692f(1) by attempting to collect any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

45.     Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

46.     As a result of the foregoing violations of the FDCPA, Defendant is liable to Plaintiffs for declaratory judgment that Defendant's conduct violated the FDCPA, actual damages, statutory damages, and costs and attorney fees.

## SECOND CAUSE OF ACTION

**(Violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227)**

47.     Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

48.     Defendant violated the TCPA. Defendant's violations include, but are not limited to the following:

COMPLAINT

- 8 -

(a)    Within four years prior to the filing of this action, on no less than four (4) occasions, Defendant violated TCPA 47 U.S.C. § 227 (b)(1)(A)(iii) which states in pertinent part, "It shall be unlawful for any person within the United States . . . to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice — to any telephone number assigned to a . . . cellular telephone service . . . or any service for which the called party is charged for the call.

(b)    Upon information and belief, within four years prior to the filing of this action, on no less than four (4) occasions, Defendant willfully and/or knowingly contacted Plaintiffs at Plaintiffs' cellular telephone using an artificial prerecorded voice or an automatic telephone dialing system and as such, Defendant knowing and/or willfully violated the TCPA.

49.    As a result of Defendant's violations of 47 U.S.C. § 227, Plaintiffs are entitled to an award of five hundred dollars ($500.00) in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B).  If the Court finds that Defendant knowingly and/or willfully violated the TCPA, Plaintiffs are entitled to an award of one thousand five hundred dollars ($1,500.00), for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

50.    Plaintiffs are also entitled to seek injunctive relief prohibiting such conduct in the future.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that judgment be entered against Defendant for the following:

(a)    Declaratory judgment that Defendant's conduct violated the FDCPA and the TCPA pursuant to 28 U.S.C. §§ 2201 and 2202; and

1       (b)    An injunction prohibiting Defendant from contacting Plaintiffs on

2   Plaintiffs' cellular telephone using an automated dialing system pursuant to 47

3   U.S.C. § 227(b)(3)(A); and

4       (c)    Actual damages pursuant to 15 U.S.C. § 1692k(a)(1) and 47 U.S.C. §

5   227(b)(3)(B); and

6       (d)    Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2); and

7       (e)    As a result of Defendant's violations of 47 U.S.C. § 227(b)(1),

8   Plaintiffs are entitled to and requests five hundred dollars ($500.00) in statutory

9   damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B); and

10       (f)    As a result of Defendant's willful and/or knowing violations of 47

11   U.S.C. § 227(b)(1), Plaintiffs are entitled to and requests treble damages, as

12   provided by statute, up to one thousand five hundred dollars ($1,500.00), for each

13   and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. §

14   227(b)(3)(C); and

15       (g)    Costs and reasonable attorney fees pursuant to 15 U.S.C. §

16   1692k(a)(3); and

17       (h)    Awarding Plaintiffs any pre-judgment and post-judgment interest as

18   may be allowed under the law; and

19       (i)    For such other and further relief as the Court may deem just and

20   proper.

21   **DEMAND FOR JURY TRIAL**

22       Please take notice that Plaintiffs demand a trial by jury in this action.

23       RESPECTFULLY SUBMITTED,

24   Dated: July 15, 2013    PRICE LAW GROUP, APC

25

26       By: _____

27       G. Thomas Martin, III

28       *Attorney for Plaintiffs*

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **EXHIBIT A**

COMPLAINT

THIS LETTER HAS BEEN SENT TO YOU BY A COLLECTION AGENCY!

## AWA Collections
P.O. BOX 6605
ORANGE, CA  92863-6605
(714) 771-3690

April 26, 2011

AWA Account Number:  1227707

Assigned By:  Assisted Reproductive Technologies

Client Reference Number: 4682-4

| | |
|---|---|
| Acct. Balance: | $750.00 |
| Returned Check Fee: | $0.00 |
| Interest: | $0.14 |
| Payment(s): | $0.00 |
| Amount Due: | $750.14 |

Dear Eve Werbe:

Your account has been assigned to us for collection.

"As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.  But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described below."

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

Linda Lee  Ext 236
(714) 771-3690

"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m.  They may not harass you by using threats of violence or arrest or by using obscene language.  Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work.  For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt.  Collectors may contact another person to confirm your location or enforce a judgment.  For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov."

"Nonprofit credit counseling services may be available in the area."

DETACH AND RETURN THIS PORTION                                  AWAFST-0426-148869030 333

P.O. BOX 6605
ORANGE, CA  92863-6605

**PERSONAL & CONFIDENTIAL**

ADDRESS SERVICE REQUESTED

#BWNFTZF #AWA4832132911042#

EVE WERBE  -  1227707
7017 VICKY AVE
WEST HILLS CA 91307-2314

Account #:  1227707
Amount Due:  $750.14

*This should have been discharged in BK* (handwritten)

PLEASE WRITE ACCOUNT # ON YOUR CHECK

AMOUNT ENCLOSED

AWA Collections
P.O. BOX 6605
ORANGE, CA  92863-6605

0004682-4  00000000  000000004  0000750141

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **EXHIBIT B**

COMPLAINT

AWTSSCD9-0423-251094871-00016-16

DEPT 411    9320147812040
PO BOX 4115
CONCORD CA  94524

RETURN SERVICE REQUESTED

CM2113
EVE WERBE
7017 VICKY AVE
WEST HILLS CA 91307-2314

I authorize AWA Collections to charge my  bill plus a $4.00 convenience fee to my card.

**VISA** ☐   VISA      ☐   MASTERCARD      ☐   AMERICAN EXPRESS

Cardholder Name: _____  Date: _____

Exp Date: _____  Acct #: _____  CCV: _____

Amount $: _____  Signature: _____

Date: April 23, 2012

PLEASE SEND PAYMENTS AND CORRESPONDENCE TO:

AWA COLLECTIONS
PO BOX 6605
ORANGE, CA 92863-6605

*** Detach upper portion and return with payment ***

| Client | Account Number | Original Balance | Interest & Fees | Total Balance |
|---|---|---|---|---|
| ASSISTED REPRODUCTIVE TECH. | CM2113 | $750.00 | $1.72 | $751.72 |

The total balance may include other debts.  Please contact our office for additional information.

IMPORTANT NOTICE

Dear EVE WERBE,

Your account has been assigned to this agency for collection.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described below.

Please contact our office for a correct pay off balance. NOTICE: The balance due above may include accrued prejudgment interest allowed by law and is the total amount due as of the date of this letter. Future prejudgment interest may be added as permitted by law or by "Wis. Stats. Sec 138.04" if the Balance Due is not paid.

This is an interest bearing note, and continues to accrue interest at 6.00000% until paid in full.

Pay online at www.awacoll.com

Sincerely,

AWA Collections
Recovery Division

Se Habla Espanol.

Checks returned unpaid by your bank will be assessed a fee in accordance to state law.

Your creditor has placed your account for collection. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any other portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this in writing within 30 days after receiving this notice, our office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt, and any information obtained will be used for that purpose. This communication is from a debt collector.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

 Checks by Telephone, please call for details.

AWA Collections ♦ PO Box 6605 ♦ Orange, CA 92863-6605
Toll Free Telephone: (888) 771-3690 ♦ Fax: (714) 771-5999
Hours: Monday -Thursday 8am-7pm PST and Friday 8am-5pm PST



*MoneyGram*
ExpressPayment
Code City: Orange, CA
Receive Code: 647

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT C

COMPLAINT

AWTSSCL

DEPT 411     1776261013079
PO BOX 4115
CONCORD CA  94524

I authorize AWA Collections to charge the amount indicated, to my card number
listed below.

**VISA** □  VISA     □ MASTERCARD     □ AMERICAN EXPRESS

Cardholder Name: _____  Date: _____

Exp Date: _____  Acct #: _____  CCV: ____

RETURN SERVICE REQUESTED

Amount $: _____  Signature: _____

DO4116
EVE WERBE
7017 VICKY AVE
WEST HILLS CA 91307-2314

Date: July 8, 2013

PLEASE SEND PAYMENTS AND CORRESPONDENCE TO:

AWA COLLECTIONS
PO BOX 6605
ORANGE, CA 92863-6605

*** Detach upper portion and return with payment ***

| Client Name | Client Reference Number | AWA Account Number |
|---|---|---|
| ASSISTED REPRODUCTIVE TECH | 4682-6 | DO4116 |
| Original Balance | Interest & Fees | Total Balance Due |
| $750.00 | $11.10 | $761.10 |

The total balance may include other debts.  Please contact our office for additional information.

Dear Eve Werbe,

Your account has been assigned to this agency for collection.

"As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.  But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described below."

Please contact our office for a correct pay off balance. NOTICE: The balance due above may include accrued prejudgment interest allowed by law and is the total amount due as of the date of this letter. Future prejudgment interest may be added as permitted by law or by "Wis. Stats. Sec 138.04" if the Balance Due is not paid.

Pay online at www.payawa.com

Sincerely,

AWA Collections
Recovery Division

Se Habla Espanol.

Checks returned unpaid by your bank will be assessed a fee in accordance to state law.

Your creditor has placed your account for collection. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any other portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this in writing within 30 days after receiving this notice, our office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt, and any information obtained will be used for that purpose. This communication is from a debt collector.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION



Checks by Telephone,
please call for details.

AWA Collections ◆ PO Box 6605 ◆ Orange, CA 92863-6605
Toll Free Telephone: (888) 771-3690 ◆ Fax: (714) 771-5999
Hours:  Monday - Friday  8am - 5pm PST



MoneyGram.
ExpressPayment
Code City: Orange, CA
Receive Code: 647

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Josephine Tucker and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV13- 1078 JST (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[ ] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| LOUIS A. WERBE and EVE P. WERBE; individuals, | ) ) | |
| *Plaintiff* | ) ) | Civil Action No. SACV13-1078-JST(ANx) |
| v. | ) | |
| ADLER WALLACH & ASSOCIATES, INC., a corporation, b/d/a AWA; and DOES 1 to 10, inclusive, | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ADLER WALLACH & ASSOCIATES, INC., a corporation,
b/d/a AWA COLLECTIONS
1045 W. Katella Avenue, Suite 230
Orange, CA 92867

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   G. Thomas Martin, III, Esq. (SBN 218456)
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (866) 397-2030
tom@plglawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  JUL  1 8 2013

MARLYN DAVIS
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| LOUIS A. WERBE and<br>EVE P. WERBE; individuals | ADLER WALLACH & ASSOCIATES, INC., a corporation, b/d/a AWA<br>COLLECTIONS; and DOES 1 to 10, inclusive, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| G. Thomas Martin, III (SBN 218456)<br>PRICE LAW GROUP, APC<br>15760 Ventura Blvd., Suite 1100, Encino, CA  91436 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT: $** according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1692 et seq. Violations of the Fair Debt Collection Practices Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☑ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number: SACV13-1078

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Orange |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date 7/15/2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |