PRICE LAW GROUP, APC
G. Thomas Martin, III (SBN 218456)
15760 Ventura Boulevard, Suite 1100
Encino, California 91436
Telephone: 818.907.2030
Facsimile: 818.205.3730
tom@plglawfirm.com

Attorney for Plaintiffs
LOUIS A. WERBE AND
EVE P. WERBE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. WERBE and EVE P. WERBE; individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> ADLER WALLACH & ASSOCIATES, INC., a corporation, b/d/a AWA COLLECTIONS; and DOES 1 to 10, inclusive, <br><br> Defendant(s). | Case No.: 8:13-cv-01078-JST-AN <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41a(1), Plaintiffs, LOUIS A. WERBE and EVE P. WERBE, by and through their attorneys, hereby voluntarily dismiss the above-entitled case with prejudice.

Dated: October 9, 2013               RESPECTFULLY SUBMITTED,

                                     By: /s/ G. Thomas Martin, III
                                     G. Thomas Martin, III
                                     *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant, ADLER WALLACH & ASSOCIATES, INC., a corporation, b/d/a AWA COLLECTIONS at the address stated below, and deposited said envelope in the United States mail.

ADLER WALLACH & ASSOCIATES, INC.,
a corporation, b/d/a AWA COLLECTIONS
1045 W. Katella Avenue, Suite 230
Orange, CA 92867

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III